# Exhibit 6

# U.S. Patent No. 8,341,157
# Booking.com B.V.



**Claim Chart for Representative Claim 1**

# References Cited

Upon information and belief, Booking.com B.V. has and continues to use computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment to proliferate Booking.com's online travel agency and metasearch engine services for hotels, vacation rentals, flights, rental cars, and airport transfer (hereinafter, the "Booking.com Systems"), which is a system capable of facilitating searches by users and/or vendors that includes the elements in the systems described in and/or practices the steps of the methods described in the claims of U.S. Patent No. 8,341,157 (the "'157 Patent").

The following chart presents R2 Solutions' analysis of the Booking.com Systems based on publicly available information. The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein:

[1]      "**Booking.com Homepage**," https://www.booking.com/.

[2]     "'**Dallas' Search**," https://www.booking.com/ (search "Dallas" or "dal")

[3]     "**Booking.com Flights**," https://www.booking.com/flights/index.en.html?aid=304142;label=gen173nr-1DCBkoggI46AdIM1gEaLACiAEBmAExuAEXyAEM2AED6AEB-AECiAIBqAIDuALv2eSMBsACAdICJDBiZmQ2MzlhLTQzMTctNGYyZC1hYTcyLWJhN2VhY2Q1ZDZkMdgCBOACAQ;sid=b71ed236bdaa2f99b0b2eec2c15415df;sig=v1cUCBQ-HP.

2

# OVERVIEW



# U.S. Patent No. 8,341,157



| Bibliographic Details | |
|---|---|
| **Title** | SYSTEM AND METHOD FOR INTENT-DRIVEN SEARCH RESULT PRESENTATION |
| **Priority Date** | July 31, 2009 |
| **Filing Date** | July 31, 2009 |
| **Issue Date** | December 25, 2012 |
| **Expiry Date** | June 3, 2030 |
| **Target Claim** | 1 (independent) |

(57)  **ABSTRACT**

A system and method for intent driven search presentation. A query is received, over a network, from a user, wherein the query comprises at least one query token. The query is analyzed wherein at least one query keyword is identified in the query. The query is classified wherein the query is classified into at least one intent using query keywords. A plurality of data objects that match query keywords is identified. The data objects are ranked, wherein at least one intent is assigned to at least some of the data objects. A result is built using the ranked plurality of data objects, wherein the result comprises display entries wherein if a data object has been assigned at least one intent, such intent is used to construct the display entry for the respective data object. The result is transmitted over the network to the user.

# Representative Claim 1

**1[pre]**    A method comprising:

**1[a]**    receiving, over a network, a query from a user, the query comprising at least one query token;

**1[b]**    analyzing the query, using at least one computing device, to identify at least one query keyword;

**1[c]**    determining, at least the one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query;

**1[d]**    classifying the query, using the at least one computing device, into at least one of the plurality of intents;

**1[e]**    identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword;

**1[f]**    assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects;

**1[g]**    ranking, using the at least one computing device, the plurality of data objects;

**1[h]**    building a result, using the at least one computing device, using the ranked plurality of data objects, the result comprises a plurality of display entries, at least one display entry customized to a respective assigned intent is constructed for each of the ranked plurality of data objects; and

**1[i]**    transmitting the result, over the network, to the user.

5

# CLAIM CHART



# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method comprising:<br><br>**1[a]** receiving, over a network, a query from a user, the query comprising at least one query token; | Booking.com infringes Claim 1 of the '157 Patent. The Booking.com Systems include computer-implemented applications, computer-readable storage media, and attendant servers, databases, and other devices and equipment to proliferate Booking.com's online travel agency and metasearch engine services for hotels, vacation rentals, flights, and airport transfer. The Booking.com Systems receive, over a network, a query from a user, the query comprising at least one query token. For example, the Booking.com Systems provide a search engine that allow users to submit search queries over a network (e.g., the Internet). The query can be generated by a user by typing, site visitation, sharing location information, etc. The Booking.com Systems perform a search using the received query.<br><br>**[1] Booking.com Homepage**<br> |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method comprising:<br><br>**1[a]** receiving, over a network, a query from a user, the query comprising at least one query token; | For example, the Booking.com Systems provide a search engine that allow users to submit search queries over a network (e.g., the Internet). The query can be generated by a user by typing, site visitation, sharing location information, etc. The Booking.com Systems perform a search using the received query.<br><br><br><br>**[3] Booking.com Flights** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method comprising:<br><br>**1[a]** receiving, over a network, a query from a user, the query comprising at least one query token; | Upon information and belief, the Booking.com Systems receive, over a network, a query from a user, the query comprising at least one query token. For example, a query can include a destination, location, property, etc., and/or a word and/or character related thereto:<br><br>[2] 'Dallas' Search<br><br> |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** analyzing the query, using at least one computing device, to identify at least one query keyword; | Upon information and belief, the Booking.com Systems analyze the query, using at least one computing device, to identify at least one query keyword. For example, the Booking.com Systems can identify a query keyword (e.g., "Dallas," "Dalmatia," etc.) from the query (e.g., "dal," etc.). The Booking.com Systems use at least one computing device to analyze the query: <br><br> **[1] Booking.com Homepage** <br>  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** determining, at least one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query; | Booking.com Systems determine, using at least one computing device, a plurality of intents from the at least one keyword, wherein each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query. For example, Booking.com Systems can determine multiple intents corresponding to the query keyword—a user may submit a query, and Booking.com Systems can determine that the user likely desires to see location-specific material, hotels in a particular area, popular locations, property type, etc.). Each of the intents determined indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query: <br><br> **[2] 'Dallas' Search**  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** determining, at least one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query; | For example, Booking.com Systems can determine multiple intents corresponding to the query keyword—a user may submit a query, and Booking.com Systems can determine that the user likely desires to see location-specific material, hotels in a particular area, popular locations, property type, etc.). Each of the intents determined indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query:  [2] 'Dallas' Search |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[d]** classifying the query, using the at least one computing device, into at least one of the plurality of intents; | Booking.com Systems classify the query, using the at least one computing device, into at least one of the plurality of intents. For example, Booking.com Systems can include categories and/or types (e.g., "intents") of goals responsive to a query (such as can be defined by data related to such content in such categories), and when a query is submitted, Booking.com Systems can classify the query, such that the query queues content related to one or more of said intents. E.g., a query can be classified into a "Our Top Picks" intent, such that the query can queue results related to such intents: <br><br>**[2] 'Dallas' Search** |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[d]** classifying the query, using the at least one computing device, into at least one of the plurality of intents; | In another example, a query can be classified into a location-specific intent, such that the query can queue results related to such intents.<br><br>**[2] 'Dallas' Search**  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[e]** identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword; | Booking.com Systems identify, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword. For example, Booking.com Systems identify data objects (e.g., related to hotels, flights, properties, etc.) available over the network (e.g., Internet, etc.) that match the query submitted by the user.  [2] 'Dallas' Search |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[f]** assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects; | Upon information and belief, Booking.com Systems assign, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects. For example, Booking.com Systems index data objects based on intents such as "Our Top Picks," price, top review, location-specific information, etc. In other words, the data objects may be assigned one or more intents.<br><br>[2] 'Dallas' Search  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[g]** ranking, using the at least one computing device, the plurality of data objects; | Booking.com Systems rank, using the at least one computing device, the plurality of data objects. For example, Booking.com Systems rank the data objects by, e.g., promotions, advertisements, reviews, popularity, etc.:<br><br><br><br>[2] 'Dallas' Search |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[h]** building a result, using the at least one computing device, using the ranked plurality of data objects, the result comprises a plurality of display entries, at least one display entry customized to a respective assigned intent is constructed for each of the ranked plurality of data objects; and | Booking.com Systems build a result, using the at least one computing device, using the ranked plurality of data objects, wherein the result comprises a plurality of display entries, wherein at least one display entry customized to a respective assigned intent is constructed for each of the ranked plurality of data objects. For example, Booking.com Systems build a result comprising a plurality of display entries (e.g., sections of the result display), and such display entries can be customized for a particular assigned intent (e.g., rating, promoted, ad, "Getaway Deal," etc.) and be constructed for each of the ranked plurality of data objects such that each data object can be associated with one or more display entries.  [2] 'Dallas' Search |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[i]** transmitting the result, over the network, to the user. | Booking.com Systems transmit the result, over the network, to the user. For example, once the result is built, it is transmitted to a user.<br><br><br><br>**[2] 'Dallas' Search** |

END

