# Exhibit 7

# U.S. Pat. No.:  7,698,329
# Booking.com B.V.



**Claim Chart for Representative Claim 1**

# References Cited

Upon information and belief, Booking.com has and continues to use computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment to proliferate Booking.com's online travel agency and metasearch engine services for hotels, vacation rentals, flights, and airport transfer (hereinafter, the "Booking.com Systems"), which is a system capable of facilitating searches by users and/or vendors that includes the elements in the systems described in and/or practices the steps of the methods described in the claims of U.S. Patent No. 7,698,329 (the "'329 Patent").

The following chart presents R2 Solutions' analysis of the Booking.com System based on publicly available information. The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein:

[1]   "**Booking.com Homepage**," https://www.booking.com/.

[2]   "'**Dallas' Search**," https://www.booking.com/ (search "Dallas" or "dal")

[3]   "**Booking.com Flights**," https://www.booking.com/flights/index.en.html?aid=304142;label=gen173nr-1DCBkoggI46AdIM1gEaLACiAEBmAExuAEXyAEM2AED6AEB-AECiAIBqAIDuALv2eSMBsACAdICJDBiZmQ2MzlhLTQzMTctNGYyZC1hYTcyLWJhN2VhY2Q1ZDZkMdgCBOACAQ;sid=b71ed236bdaa2f99b0b2eec2c15415df;sig=v1cUCBQ-HP.

[4]   "**Booking.com Attractions**," https://www.booking.com/attractions/index.html?label=gen173nr-1DCAEoggI46AdIM1gEaLACiAEBmAExuAEXyAEM2AED6AEB-AECiAIBqAIDuALexeWMBsACAdICJDkwMDAxYzUzLWZjOWQtNDllNS1hOThiLWMwM2NhODkwZjk0NtgCBOACAQ;sid=b71ed236bdaa2f99b0b2eec2c15415df;sig=v1SDBazm5D

2

# OVERVIEW



# U.S. Patent No. 7,698,329



| Bibliographic Details | |
|---|---|
| **Title** | Method for improving quality of search results by avoiding indexing sections of pages |
| **Priority Date** | January 10, 2007 |
| **Filing Date** | January 10, 2007 |
| **Issue Date** | April 13, 2010 |
| **Expiry Date** | June 15, 2028 |
| **Target Claim** | 1 (independent) |

(57) **ABSTRACT**

A method and apparatus for improving search results is provided. The method works by delineating sections of a document that are not relevant to the main content. The document content is subjected to ranking analysis in entirety. In response to a query results are recalled omitting terms included in the no-recall sections. Terms in the no-recall sections are not used in titles and abstracts of the results. The results are ordered at least in part by the rankings attributed to the identified no-recall sections.

4

# Representative Claim 1

**1[pre]**   A method, comprising:

**1[a]**   ranking a plurality of documents recalled by a search engine for a query;

**1[b]**   wherein the plurality of documents contain certain documents, each document of said certain documents containing at least one section that is not used by said search engine for recall and one or more sections that are used by said search engine for recall;

**1[c]**   wherein ranking a plurality of documents includes ranking said plurality of documents based, at least in part, on the at least one section of said certain documents not used by said search engine to recall documents; and

**1[d]**   wherein the method is performed by one or more computing devices.

5

# CLAIM CHART



# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method, comprising:<br>**1[a]** ranking a plurality of documents recalled by a search engine for a query; | Booking.com infringes Claim 1 of the '329 Patent. The Booking.com Systems rank a plurality of documents recalled by a search engine for a query. The Booking.com Systems include computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment. For example, Booking.com Systems include a search engine that recalls a plurality of documents for a query:<br><br>**[1] Booking.com Homepage**<br> |

7

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method, comprising:<br>**1[a]** ranking a plurality of documents recalled by a search engine for a query; | For example, Booking.com Systems include a search engine that recalls a plurality of documents for a query:<br><br>[3] Booking.com Flights |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A method, comprising:<br>**1[a]** ranking a plurality of documents recalled by a search engine for a query; | For example, Booking.com Systems include a search engine that recalls a plurality of documents for a query. Documents can be ranked by, e.g., price, reviews, promoted, advertised, etc. etc.:<br><br>**[2] 'Dallas' Search**  |

9

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** wherein the plurality of documents contain certain documents, each document of said certain documents containing at least one section that is not used by said search engine for recall and one or more sections that are used by said search engine for recall; | The plurality of documents of the Booking.com Systems contain certain documents, each document of said certain documents containing at least one section that is not used by said search engine for recall and one or more sections that are used by said search engine for recall. For example, the plurality of documents recalled (e.g., corresponding to properties, rooms, flights, etc.) for a search query (e.g., location, date, etc.) contains certain documents (e.g., relevant to properties, rooms, flights, etc.) containing at least one section that is not used by the search engine for recall (e.g., promoted, advertised, price, distance, reviews, etc.) and one or more sections used by the search engine for recall (e.g., location, keyword, name, etc.). See, e.g.:  [2] 'Dallas' Search |

10

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** wherein ranking a plurality of documents includes ranking said plurality of documents based, at least in part, on the at least one section of said certain documents not used by said search engine to recall documents; and | Ranking a plurality of documents of the Booking.com Systems includes ranking said plurality of documents based, at least in part, on the at least one section of said certain documents not used by said search engine to recall documents. For example, upon information and belief, the plurality of documents (e.g., corresponding to properties, rooms, flights, etc.) are ranked based at least in part on the at least one section of the certain documents not used by the search engine (e.g., promoted, advertised, "Our Top Picks," price, reviews, etc.) to recall the documents. See, e.g.: <br><br> **[2] 'Dallas' Search**  |

11

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[d]** wherein the method is performed by one or more computing devices. | The method is performed by one or more computing devices. For example, the Booking.com Systems include computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment to proliferate Booking.com's online travel agency and metasearch engine services for hotels, vacation rentals, flights, and airport transfer. |

# END

