# Exhibit 8

# U.S. Pat. No.:  8,209,317 Booking.com B.V.



**Claim Chart for Representative Claim 1**

# References Cited

Upon information and belief, Booking.com B.V. has and continues to use computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment to proliferate Booking.com's online travel agency and metasearch engine services for hotels, vacation rentals, flights, rental cars, and airport transfer (hereinafter, the "Booking.com Systems"), which is a system capable of facilitating searches by users and/or vendors that includes the elements in the systems described in and/or practices the steps of the methods described in the claims of U.S. Patent No. 8,209,317 (the "'317 Patent").

The following chart presents R2 Solutions' analysis of the Booking.com System based on publicly available information. The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein:

[1]     "**Booking.com Homepage**," https://www.booking.com/.

[2]     "**'Dallas' Search**," https://www.booking.com/ (search "Dallas" or "dal")

[3]     "**Booking.com Flights**," https://www.booking.com/flights/index.en.html?aid=304142;label=gen173nr-1DCBkoggI46AdIM1gEaLACiAEBmAExuAEXyAEM2AED6AEB-AECiAIBqAIDuALv2eSMBsACAdICJDBiZmQ2MzlhLTQzMTctNGYyZC1hYTcyLWJhN2VhY2Q1ZDZkMdgCBOACAQ;sid=b71ed236bdaa2f99b0b2eec2c15415df;sig=v1cUCBQ-HP.

[4]     "**Booking.com Attractions**," https://www.booking.com/attractions/index.html?label=gen173nr-1DCAEoggI46AdIM1gEaLACiAEBmAExuAEXyAEM2AED6AEB-AECiAIBqAIDuALexeWMBsACAdICJDkwMDAxYzUzLWZjOWQtNDllNS1hOThiLWMwM2NhODkwZjk0NtgCBOACAQ;sid=b71ed236bdaa2f99b0b2eec2c15415df;sig=v1SDBazm5D

# OVERVIEW



# U.S. Patent No. 7,698,317



| Bibliographic Details | |
|---|---|
| **Title** | Techniques for detecting duplicate web pages |
| **Priority Date** | April 20, 2007 |
| **Filing Date** | April 20, 2007 |
| **Issue Date** | April 13, 2010 |
| **Expiry Date** | April 7, 2028 |
| **Target Claim** | 1 (independent) |

# Representative Claim 1

**1[pre]**     A computer database system for providing search results to a user in response to user submissions over a data network, the computer database system comprising:

**1[a]**     a database configured to store information about events in the computer database system; and

**1[b]**     a query reconstruction server in data communication with the database and operative to receive a partial query submitted at a remote user client system by a user seeking search results matching the submitted partial query and, in response to the received partial query, determine a full query based on (i) the received partial query, and (ii) information stored in the database about queries previously-submitted by users,

**1[c]**     wherein the submitted partial query comprises an abbreviated or incomplete search query which is not fully representative of an entire search query desired by the user and the full query is better representative of the entire search query desired by the user.

# CLAIM CHART



# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A computer database system for providing search results to a user in response to user submissions over a data network, the computer database system comprising: | Booking.com infringes Claim 1 of the '317 Patent. The Booking.com Systems include a computer database system for providing search results to a user in response to user submissions over a data network. The Booking.com Systems include computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment: <br><br> **[1] Booking.com Homepage**  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[pre]** A computer database system for providing search results to a user in response to user submissions over a data network, the computer database system comprising: | The Booking.com Systems include computer-implemented applications (including mobile applications), computer-readable storage media, and attendant servers, databases, and other devices and equipment:<br><br>**[3] Booking.com Flights**<br> |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[a]** a database configured to store information about events in the computer database system; and | The Booking.com Systems include a database configured to store information about events in the computer database system. For example, the Booking.com systems store information regarding reviews of particular offerings:<br><br>**[2] 'Dallas' Search**<br><br> |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** a query reconstruction server in data communication with the database and operative to receive a partial query submitted at a remote user client system by a user seeking search results matching the submitted partial query and, in response to the received partial query, determine a full query based on (i) the received partial query, and (ii) information stored in the database about queries previously-submitted by users, | Upon information and belief, the Booking.com Systems include a query reconstruction server in data communication with the database and operative to receive a partial query submitted at a remote user client system by a user seeking search results matching the submitted partial query and, in response to the received partial query, determine a full query based on (i) the received partial query, and (ii) information stored in the database about queries previously-submitted by users. For example, the Booking.com Systems can determine a fully query (e.g., city name, location, keyword, etc.) in response to receiving a partial query (e.g., partial word, characters, city name, etc.), such as can be submitted by a user at a remote user client system:<br><br>**[1] Booking.com Homepage**  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[b]** a query reconstruction server in data communication with the database and operative to receive a partial query submitted at a remote user client system by a user seeking search results matching the submitted partial query and, in response to the received partial query, determine a full query based on (i) the received partial query, and (ii) information stored in the database about queries previously-submitted by users, | On information and belief, the query reconstruction server of the Booking.com Systems determines a full query based at least partly on the received partial query and information stored in the database about queries previously-submitted by users. For example, Booking.com Systems determine a full query based on popular searches, e.g., searches corresponding to queries previously submitted by users:<br><br>[4] Booking.com Attractions<br><br> |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** wherein the submitted partial query comprises an abbreviated or incomplete search query which is not fully representative of an entire search query desired by the user and the full query is better representative of the entire search query desired by the user. | Furthermore, with respect to the Booking.com Systems, the submitted partial query comprises an abbreviated or incomplete search query which is not fully representative of an entire search query desired by the user and the full query is better representative of the entire search query desired by the user. For example, on information and belief, a partial query considered by the query reconstruction server of the Booking.com Systems can be an abbreviated or incomplete search query (e.g., characters, partial word, etc.) that is not fully representative of an entire search query (e.g., city name, city/country name, etc.): <br><br> **[1] Booking.com Homepage** <br><br>  |

# Claim Chart – Claim 1

| Claim Feature | Evidence |
|---|---|
| **1[c]** wherein the submitted partial query comprises an abbreviated or incomplete search query which is not fully representative of an entire search query desired by the user and the full query is better representative of the entire search query desired by the user. | Furthermore, with respect to the Booking.com Systems, the submitted partial query comprises an abbreviated or incomplete search query which is not fully representative of an entire search query desired by the user and the full query is better representative of the entire search query desired by the user. For example, on information and belief, a partial query considered by the query reconstruction server of the Booking.com Systems can be an abbreviated or incomplete search query (e.g., characters, partial word, etc.) that is not fully representative of an entire search query (e.g., city name, city/country name, etc.):<br><br>**[4] Booking.com Attractions**<br><br> |

**END**

